UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELIZABETH QUINTERO,**

    **Plaintiff,**

  v.                                  **Case No.:  6:25-cv-00542-AGM-DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE comes before the Court upon review of the Magistrate's Report and Recommendations (doc. # 15), which recommends that the Court deny Plaintiff's Motion to Proceed *in Forma Pauperis* (doc. # 2), dismiss the Complaint (doc. # 1) with prejudice, and terminate all other pending motions and close the case. Plaintiff timely objected. (Doc. # 17).

When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a de novo review of the portions of the record to which objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). After an independent review, the district court may accept, reject, or modify the magistrate judge's report and recommendation. Fed. R. Civ. P. 72(b)(3); *Macort v. Prem, Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006). The objecting party must state with particularity the findings with which it disagrees, along with its basis for the disagreement. *Kohser v. Protective Life Corp.*, 649 F. App'x 774, 777 (11th Cir. 2016) (citing *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). The Court

will not consider "[f]rivolous, conclusive, or general objections." *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) (citation omitted).

The Magistrate Judge conducted a thorough and well-reasoned analysis and concluded that Plaintiff's claims are duplicative of claims previously and fully litigated in this Court, warranting dismissal with prejudice. (See doc. # 15 at 5; Case No. 6:24-cv-01345, doc. # 25). Plaintiff's objections do not address the Magistrate Judge's finding that this matter has already been litigated. After conducting a *de novo* and independent review of the record, the Court agrees with the Magistrate's findings, for the reasons set forth in the Report and Recommendation, and the objections are due to be overruled.

Accordingly, it is now

**ORDERED** and **ADJUGED** that:

1. The Report and Recommendation (doc. # 15) is approved, confirmed, and adopted in all respects and is made a part of this Order;

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (doc. # 2) is **DENIED**;

3. The Complaint (doc. # 1) is **DISMISSED with prejudice**; and

4. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** the case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this January 26, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:

Pro Se Plaintiff